

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/18/2025 10:46:21 AM
CHRISTOPHER A. PRINE
Clerk

## Reporter's Record Status Report / Request for Extension of Time

Appellate Case Number: __15-25-00145-CV__

Trial Court Case Number: __D-1-GN-24-005004__

**Please complete the Required section of this form and either the Status Report or Extension Request section.** If the Court grants a request for extension, it will not exceed 30 days in an ordinary or restricted appeal, or 10 days in an accelerated appeal. *See* Tex. R. App. P. 35.3(c).

### Status Report

I am unable to file the reporter's record by the date such record is due because [check one]:

- ☐ No record was taken
- ☐ I am not the court reporter. The correct reporter is _____
- ☐ A request for the record has not been made.
- ☑ The appellant has not paid or made arrangements to pay for the record.
- ☐ The appellant has only made partial payment for the record.

### Extension Requested

- ☐ The appellant is entitled to appeal without paying for the reporter's record, but due to workload, I have been unable to complete the record.

- ☐ Appellant has filed a written designation and made the required payment, but due to workload, I have been unable to complete the record.

- ☑ Other (specify) __I have still not been paid for the Reporter's Record and have reached out to inquire about the status today via email.__

The reporter's record in the above styled case is/was due __9/15/2025__ (current appellate record due date). It is respectfully requested that an extension be granted to __9/25/2025__.

### Required

__/s/ Michelle Williamson__ Signature of Court Reporter*

__Michelle Williamson__ Printed Name

__1700 Guadalupe St, 10th Floor__ Address

__Austin, Texas 78701__ City, State, Zip

__(512) 854-9373__ Phone Number

* You may use /s/ and your name typed, or print and sign the form. Once complete, the form should be emailed as a PDF attachment to 3rdclerksandreporter@txcourts.gov.